

# Fourth Court of Appeals
## San Antonio, Texas

March 22, 2018

No. 04-17-00763-CR

Ronald Charles **WOOLRIDGE,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR4822
Honorable Laura Parker, Judge Presiding

# O R D E R

The Appellant's Motion for Suspension and Recalculation of Deadline for filing brief is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court